

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2016

No. 04-16-00170-CV

**IN THE INTEREST OF A.B.R. AND P.Y.R., CHILDREN**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-09297
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

On June 20, 2016, the day Appellant's brief was due, we suspended the appellate timetable to allow the parties to mediate. On July 22, 2016, after the parties could not agree on a date and time to mediate, we reinstated the appellate timetable and Appellant's brief was due. To date, Appellant has not filed either (1) a motion for extension of time to file the brief or (2) the brief.

We ORDER Appellant to show cause in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.). Appellant's written response must include a reasonable explanation for Appellant's failure to timely file the brief. *See* TEX. R. APP. P. 38.8(a).

**If Appellant fails to show cause as ordered, this appeal may be dismissed without further notice.** *See id.* R. 42.3(b), (c); *Elizondo*, 975 S.W.2d at 63.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court